# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Edward Collins, Jr. | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 18-12479-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Edward Collins, Jr., debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on November 11, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on November 11, 2020.

3. A response deadline to the application was due on or before December 2, 2020.

4. As of December 15, 2020, no response to said Application has been received.

                                    **ROSS, QUINN & PLOPPERT, P.C.**

                                    By: */s/ Joseph L. Quinn*_____
                                         Joseph L. Quinn, Esquire
                                         Attorney for Debtor
                                         Attorney I.D. No. 307467
                                         192 S. Hanover Street, Suite 101
                                         Pottstown, PA 19464
                                         Ph: (610) 323-5300

Dated: December 15, 2020