# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12479-MDC

EDWARD COLLINS, JR.

131 GREEN STREET

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWARD COLLINS, JR.

    131 GREEN STREET

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 11/8/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee