### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Collins Jr.<br>　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　v.<br>Edward Collins Jr.<br>　　　　and<br>Kenneth E. West Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-12479 MDC |

### ORDER

AND NOW, this 24th day of February 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 17, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNYMAC LOAN SERVICES, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 131 Green Street Malvern, PA 19355.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list