United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edward Collins, Jr.  
    Debtor

Case No. 18-12479-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 20, 2023      Form ID: 138OBJ      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Collins, Jr., 131 Green Street, Malvern, PA 19355-2719 |
| 14090843 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14211463 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14090845 | + | Malvern Borough, 1 East First Ave, Suite 3, Malvern, PA 19355-2757 |
| 14569502 | + | PENNYMAC LOAN SERVICES, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14204459 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14090837 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2023 05:43:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14090838 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 05:57:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14126224 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:46:34 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14128843 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:57:27 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14090839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:22 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14090840 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2023 05:43:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14090841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2023 05:43:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14116415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:33 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14090842 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:23 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14262754 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 18-12479-mdc   Doc 82   Filed 06/22/23   Entered 06/23/23 00:41:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14121742 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2023 05:57:24 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14090844 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 21 2023 05:43:00 | Kay Jewelers/genesis, 15220 Nw Greenbrier, Ste, Beaverton, OR 97006-5744 |
| 14124674 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:47:02 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14119086 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2023 05:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14090846 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 21 2023 05:43:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14126898 | + | Email/PDF: ebnotices@pnmac.com | Jun 21 2023 05:57:22 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14569353 | ^ | MEBN | Jun 21 2023 05:38:42 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14125060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2023 05:57:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14091380 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 21 2023 05:57:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14090847 | + | Email/PDF: ebnotices@pnmac.com | Jun 21 2023 05:57:24 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14119844 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14122818 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14090848 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:23 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14090849 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2023 05:57:24 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14125160 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2023 05:57:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14124625 | + | Email/Text: bncmail@w-legal.com | Jun 21 2023 05:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14090850 | + | Email/Text: bncmail@w-legal.com | Jun 21 2023 05:43:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14090851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 05:57:32 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14753205 | + | Email/Text: EBN@edfinancial.com | Jun 21 2023 05:43:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14121993 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:46:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14090852 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2023 05:46:39 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 33

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2023　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

**Name**　**Email Address**

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JEROME B. BLANK
　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC jblank@pincuslaw.com, brausch@pincuslaw.com

JOSEPH L QUINN
　　on behalf of Debtor Edward Collins Jr. CourtNotices@rqplaw.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
　　on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

ROBERT J. DAVIDOW
　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC robert.davidow@phelanhallinan.com

THOMAS SONG
　　on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Edward Collins, Jr.
    Debtor(s)

Case No: 18−12479−mdc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/23

81 − 77
Form 138OBJ